[No. 19971-1-III.   Division Three.   January 31, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LATOYA S. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-8-00716-5, Kenneth L. Jorgensen, J., entered February 5, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[Nos. 24901-4-II; 24902-2-II.   Division Two.   February 1, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. FELIX GARCIA-CAMARGO, *Respondent*.
THE STATE OF WASHINGTON, *Appellant*, v. ELIAS AYALA-CASTANEDA, *Respondent*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 99-1-00422-9 and 99-1-00423-7, Don L. McCulloch, J., entered July 27, 1999. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25688-6-II.   Division Two.   February 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGO DANIEL PEREZ-ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02179-9, Nile E. Aubrey, J., entered March 3, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, J.; Armstrong, C.J., dissenting.